DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of J.J.R. and W.J.R., children.

K.M.N.,

Appellant,

v.

J.M.R.,

Appellee.

No. 2D2024-0287
_____

June 28, 2024

Appeal from the Circuit Court for Hillsborough County; Wendy J. DePaul, Judge.

Jonathan E. Hackworth of Hackworth Law, P.A., Tampa, for Appellant.

Barbara Thornell Ginn of Tate Healey Webster, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, CASANUEVA, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.